**UNITED STATES COURT OF APPEALS FOR VETERANS CLAIMS**

No. 22-4543

JOHN F. JOE, APPELLANT,

V.

DENIS MCDONOUGH,
SECRETARY OF VETERANS AFFAIRS, APPELLEE.

Before PIETSCH, GREENBERG, and JAQUITH, *Judges.*

**O R D E R**

On March 14, 2023, the Court stayed this case and canceled oral argument, previously scheduled for March 23, 2023. On March 21, 2023, Mr. Joe filed a motion to dismiss the case.

Upon consideration of the foregoing, it is

ORDERED that the stay in this matter is lifted. It is further

ORDERED that Mr. Joe's motion to dismiss the case is granted. It is further

ORDERED that this appeal is DISMISSED.

DATED: June 14, 2023                                                    PER CURIAM.

Copies to:

Harold H. Hoffman III

VA General Counsel (027)